IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEITH RUSSELL JUDD                                                                                       PLAINTIFF

v.                                             Case No. 4:11-CV-04049

SECRETARY OF STATE OF ARKANSAS;
and STATE OF ARKANSAS                                                                      DEFENDANTS

## O R D E R

On this 6th day of September 2011, there comes on for consideration the Report and Recommendations (Doc. 10) filed in this case on July 7, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  Also before the Court are Plaintiff's objections (Doc. 11).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendations. The Court finds that dismissal of Plaintiff's case remains appropriate. The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.

Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Plaintiff's request to proceed *in forma pauperis* (Doc. 2) and Motions to Waive Filing Fees (Docs. 6 and 7) are all **DENIED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g) as well as for failure to comply with an Order of this Court. Furthermore, the Plaintiff is BARRED from any further filings in this Court without first obtaining leave of a United States District Judge of this Court. This restriction does not apply to any allegation of imminent danger of serious physical injury. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order of Dismissal would not

be taken in good faith.

      IT IS SO ORDERED this 6th day of September 2011.


                                            /s/ P. K. Holmes, III
                                            P.K. HOLMES, III
                                            UNITED STATES DISTRICT JUDGE